Bron E. D'Angelo, Esq., SBN 246819
Michael F. Colbert, Esq., SBN 319539
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
5901 W. Century Blvd., Suite 1100
Los Angeles, CA 90045
Telephone: (310) 649-5772
Facsimile: (310) 649-5777
E-mail: bdangelo@pettitkohn.com
         mcolbert@pettitkohn.com

Attorneys for Defendant
**WALMART INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA BEE, an individual.<br><br>           Plaintiff,<br><br>v.<br><br>WALMART INC., a Delaware Corporation; AARON, an individual; and DOES 1-25, inclusive,<br><br>           Defendants. | CASE NO.: 2:21-cv-08919<br><br>**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332 AND 1441(a) and (b)**<br><br>Courtroom:<br>District Judge:<br>Magistrate Judge:<br>Complaint Filed: June 23, 2021<br>Trial Date:        December 21, 2022 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant WALMART INC. ("Walmart"), by and through its counsel, hereby removes the above-entitled action filed by Plaintiff MONICA BEE ("Plaintiff") in the Superior Court of the State of California, County of Los Angeles, Case No. 21STCV23228 to the United States District Court, Southern District of California pursuant to 28 U.S.C. §1441, and respectfully alleges as follows:

///

///

///

1. On July 23, 2021, an action was commenced in the Superior Court of the State of California, County of Los Angeles, entitled *Monica Bee v. Walmart Stores, Inc.*, Case Number 21STCV23228 ("the State Action"). A copy of the complaint filed in the State Action is attached hereto as **Exhibit 1**.

2. Walmart was served with a copy of the complaint filed in the State Action and a summons from the State Court on July 29, 2021. A copy of the summons is attached hereto as **Exhibit 2**.

3. Plaintiff has named an alleged Co-Defendant "Aaron" in her Complaint. (*See* Exhibit 1).

4. Plaintiff has filed a faulty proof of service for "Aaron" purporting to have served this individual via substituted service; however, Plaintiff has not provided a declaration of diligence indicating any actions were taken to personally serve this alleged individual "Aaron". Therefore, substituted service is improper and consequently, "Aaron" has not been properly served. A copy of Plaintiff's substituted service is attached hereto as **Exhibit 3.**

5. Additionally, no last name or additional information has been provided for the alleged individual "Aaron" which makes him no different than a "John Doe" Defendant.

6. Based on a review of the State Court file as of November 12, 2021, no other Defendant other that Walmart has been served with any summons or complaint in the State Action.

7. The complaint seeks to recover general damages, medical expenses, loss of earning, loss of future earning capacity, interest, attorneys' fees, and costs. (Exhibit 1, ¶¶ 14-20 pp. 5.)

**DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332 (A)**

8. This Court has jurisdiction over this matter under 28 U.S.C. § 1332 (a)(1), because there is complete diversity as the parties are citizens of different states, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

9. "A civil action otherwise removable solely on the basis of the jurisdiction under section 1332(a) of this title may not be removed if any of the parties in interest properly **joined and served** as defendants is a citizen of the State in which such action is brought." 28 U.S.C. §§ 1441 (a) and (b) *emphasis added*.

10. However, "Aaron" has not been properly joined, and "Aaron" has not been properly served. Removal is therefore proper pursuant to 28 U.S.C. §§ 1441 (a) and (b). "[T]he inclusion of an unserved resident defendant in the action does not defeat removal under 28 U.S.C. § 1441(b)."); *accord* Schwarzer, Tashima and Wagstaffe, *Calif. Practice Guide: Fed. Civ. Proc. Before Trial* ¶ 2.627 at 2D-22 (TRG 2008)

11. On August 23, 2021, Walmart served Special Interrogatories (set one) on Plaintiff. Attached hereto as **Exhibit 4** is a true and correct copy of Walmart's Special Interrogatories (set one).

12. On October 12, 2021, Plaintiff served her verified responses to Walmart's Special Interrogatories (set one). Attached hereto as **Exhibit 5** is a true and correct copy of Plaintiff's responses to Walmart's Special Interrogatories (set one).

13. Plaintiff asserts that she is a citizen of the State of California. (Exhibit 5, No. 31.) Defendant is informed and believes that Plaintiff is a citizen of California.

14. Plaintiff asserts that the amount in controversy exceeds $75,000. (Exhibit 5, No. 34).

15. Walmart is a citizen of Delaware where it is incorporated, and of Arkansas, where it holds its principal place of business (in Bentonville, Arkansas). Copies of Walmart's corporate information from the California Secretary of State Business Search and the Arkansas Secretary of Business/Commercial Services are attached hereto as **Exhibits 6 and 7** respectively.

16. Because the State Action is pending in the Superior Court of California in and for the County of Los Angeles, removal of this action to this District Court is proper under 28 U.S.C. section 1441 (a).

17. Removal is timely under 28 U.S.C. section 1446 (b) because this Notice of Removal is filed within 30 days of Walmart receiving Plaintiff's verified discovery responses.

18. Written notice of the filing of this Notice of Removal will be promptly served on Plaintiff. A true and correct copy of this Notice of Removal and the concurrently-filed Notice of Interested Parties and Civil Cover Sheet will be filed with the Clerk of the Superior Court of the State of California in and for the County of Los Angeles as soon as practicable.

WHEREFORE, Walmart requests that the above-entitled action be removed from the Superior Court of the State of California, County of Los Angeles, to this District Court.

**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

Dated: November 12, 2021

By:    s/ Michael F. Colbert
Bron E. D'Angelo, Esq.
Michael F. Colbert, Esq.
Attorneys for Defendant
**WALMART INC.**
bdangelo@pettitkohn.com
mcolbert@pettitkohn.com

# CERTIFICATE OF SERVICE

I hereby certify that the following document(s):

**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332 AND 1441(a) and (b)**

was/were served on this date to counsel of record:

[x]  **BY MAIL:** By placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address(es) listed below.

[X]  **BY E-MAIL DELIVERY:** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the above document(s) to the person(s) at the e-mail address(es) listed below. I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]  **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of this filing to the person(s) listed below.

Igor Fradkin, Esq.
DOWNTON L.A. LAW GROUP
601 N. Vermont Ave.
Los Angeles, CA 90004
Tel:   (213) 389-3765
Fax:   (877) 389-2775
Email:   Igor@downtownlalaw.com;
         paralegal: is
         Esanchez@downtownlalaw.com
**Attorneys for Plaintiff
MONICA BEE**

Executed on **November 12, 2021** at Los Angeles, California.

_Shraddha Friend_
Shraddha Friend