Bron E. D'Angelo, Esq., SBN 246819
Michael F. Colbert, Esq., SBN 319539
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
5901 W. Century Blvd., Suite 1100
Los Angeles, CA 90045
Telephone: (310) 649-5772
Facsimile: (310) 649-5777
E-mail: bdangelo@pettitkohn.com
        mcolbert@pettitkohn.com

Attorneys for Defendant
**WALMART INC.**

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| MONICA BEE, an individual.<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., a Delaware Corporation; AARON, an individual; and DOES 1-25, inclusive,<br><br>Defendants. | CASE NO.: 21STCV23228<br><br>**DEFENDANT WALMART INC.'S SPECIAL INTERROGATORIES TO PLAINTIFF MONICA BEE, SET ONE**<br><br>Dept.: 29<br>Judge: Murillo, Serena R.<br>Filed: June 23, 2021<br>Trial: December 21, 2022 |

PROPOUNDING PARTY:     Defendant WALMART INC.

RESPONDING PARTY:       Plaintiff MONICA BEE

SET NUMBER:                      ONE (1)

    Defendant WALMART INC. ("Defendant"), by and through its attorneys, Pettit Kohn Ingrassia Lutz & Dolin PC hereby requests that Plaintiff MONICA BEE ("Plaintiff") respond to the following interrogatories separately and fully in writing and under oath pursuant to Code of Civil Procedure section 2030.010 et seq. and that the responses be signed by the person making them and be served on Pettit Kohn Ingrassia Lutz & Dolin PC, located at 5901 W. Century Blvd, #1100, Los Angeles, California, within the time required by law.  Defendant refs to sections 1 through 4 of Judicial Council Official Form Interrogatories which are specifically incorporated herein by reference.

2354-9445

1

**DEFINITIONS**

1. "PERSON" or "PERSONS" means any natural person, firm, partnership, association, joint venture, corporation, business trust, banking institution, limited liability company, unincorporated organization, or any other legal entity or association.

2. "IDENTIFY" means: (1) with respect to a PERSON, the PERSON'S name, address, and phone number; (2) with respect to a document, the name of the document, the date the document was created, the nature of the document, the name of the author of the document, the name of each recipient of the document, and the current custodian of the document to the extent it is not in YOUR custody or control.

3. "YOU" or "YOUR" means Plaintiff MONICA BEE.

4. "DEFENDANT" refers to Defendant WALMART INC. and its agents, employees, insurance companies, and their agents, their employees, their attorneys, their accountants, their investigators, and anyone else acting on their behalf.

5. "COMPLAINT" means the operative Complaint filed by YOU in this action, *MONICA BEE v. WALMART INC.*, Superior Court of the State of California for the County of Los Angeles, Case Number 21STCV23228.

6. "INCIDENT" includes the circumstances and events surrounding the alleged occurrences giving rise to this action as alleged in YOUR COMPLAINT.

7. "CONCERN" or "CONCERNING" shall mean embodying, referring to, relating to, summarizing, constituting, containing, analyzing, studying, explaining, mentioning, showing, discussing, supporting, refuting, reflecting, memorializing, describing, commenting upon, and/or connected in any way factually or logically with, the matter therein.

**SPECIAL INTERROGATORIES**

**SPECIAL INTERROGATORY NO. 1:**

Please state each and every way YOU contend that DEFENDANT was negligent.

**SPECIAL INTERROGATORY NO. 2:**

Please IDENTIFY ALL WITNESSES who support YOUR contention that DEFENDANT was negligent.

**SPECIAL INTERROGATORY NO. 3:**

Please state the name, address, telephone number, and relationship to YOU of each and every PERSON who accompanied YOU to DEFENDANT's premises on the date of the INCIDENT.

**SPECIAL INTERROGATORY NO. 4:**

Please state the name, address and telephone number of each and every employee or agent of DEFENDANT that YOU spoke to about the INCIDENT.

**SPECIAL INTERROGATORY NO. 5:**

Please describe exactly how the INCIDENT occurred.

**SPECIAL INTERROGATORY NO. 6:**

Please IDENTIFY with specificity all items YOU were carrying or pushing at the time of the INCIDENT.

**SPECIAL INTERROGATORY NO. 7:**

Please state the number of DEFENDANT's employees who were within YOUR immediate vicinity at the time of the INCIDENT.

**SPECIAL INTERROGATORY NO. 8:**

Please state YOUR best estimate of the amount of time that elapsed from the time YOU arrived at DEFENDANT's premises on the date of the INCIDENT to the time that YOU were injured.

**SPECIAL INTERROGATORY NO. 9:**

Please state YOUR best estimate of the total amount of time YOU spent at DEFENDANT's premises on the date of the INCIDENT.

**SPECIAL INTERROGATORY NO. 10:**

Describe with specificity the size, nature, and color of the substance or object on which YOU allege YOU slipped, causing YOUR injuries.

**SPECIAL INTERROGATORY NO. 11:**

How long had the substance or object on which YOU slipped been on the floor before the INCIDENT?

**SPECIAL INTERROGATORY NO. 12:**

Describe with specificity the location at DEFENDANT's premises where the INCIDENT occurred.

**SPECIAL INTERROGATORY NO. 13:**

Describe with specificity any warning signs or objects near the area where the INCIDENT occurred.

**SPECIAL INTERROGATORY NO. 14:**

Please describe with specificity the shoes and clothing YOU were wearing at the time of the INCIDENT.

**SPECIAL INTERROGATORY NO. 15:**

Please state where YOU were looking at the time YOU fell.

**SPECIAL INTERROGATORY NO. 16:**

Please describe with as much specificity as possible the unsafe or dangerous condition which YOU allege caused YOUR injury.

**SPECIAL INTERROGATORY NO. 17:**

If YOU contend DEFENDANT possessed actual knowledge of a dangerous or unsafe condition, please state with specificity each and every fact that supports YOUR contentions.

**SPECIAL INTERROGATORY NO. 18:**

If YOU contend DEFENDANT possessed constructive knowledge of the dangerous or unsafe condition, please state with specificity each and every fact that supports YOUR contention.

**SPECIAL INTERROGATORY NO. 19:**

If YOU contend DEFENDANT willfully or maliciously "failed to warn" against a dangerous condition, please state with specificity each and every fact that supports YOUR contention.

**SPECIAL INTERROGATORY NO. 20:**

IDENTIFY each and every fact that YOU contend supports YOUR allegation of DEFENDANT's negligent hiring or supervision or retention.

///

**SPECIAL INTERROGATORY NO. 21:**

Please state with specificity when YOU first reported the INCIDENT to DEFENDANT.

**SPECIAL INTERROGATORY NO. 22:**

Please describe with particularity each and every fact upon which YOU base YOUR contention that, as a result of the INCIDENT, YOU incurred a loss of income.

**SPECIAL INTERROGATORY NO. 23:**

Please describe with specificity any problems YOU have with YOUR vision.

**SPECIAL INTERROGATORY NO. 24:**

Please describe any devices YOU wear at any time to improve YOUR vision.

**SPECIAL INTERROGATORY NO. 25:**

Please describe the general damage YOU contend was caused by DEFENDANT's negligence.

**SPECIAL INTERROGATORY NO. 26:**

Please describe the physical damage YOU contend was caused by DEFENDANT's negligence.

**SPECIAL INTERROGATORY NO. 27:**

Please describe the economic damage YOU contend was caused by DEFENDANT's negligence.

**SPECIAL INTERROGATORY NO. 28:**

Please state with specificity the amount of medical expenses YOU allege YOU incurred as a result of the INCIDENT.

**SPECIAL INTERROGATORY NO. 29:**

Please state when YOU retained YOUR attorney for this matter.

**SPECIAL INTERROGATORY NO. 30:**

Please state how YOU learned of YOUR attorney or obtained YOUR attorney's name for this matter.

**SPECIAL INTERROGATORY NO. 31:**

Are YOU a citizen of California?

**SPECIAL INTERROGATORY NO. 32:**

Do YOU intend to move out of California in the next five years?

**SPECIAL INTERROGATORY NO. 33:**

Do YOU intend to live in California indefinitely?

**SPECIAL INTERROGATORY NO. 34:**

Do YOU contend that your alleged damages resulting from the INCIDENT amount to more than $75,000?

                                                              **PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

Dated: August 23, 2021        By: _____
                                                           Bron E. D'Angelo, Esq.
                                                           Michael F. Colbert, Esq.
                                                           Attorneys for Defendant
                                                           **WALMART INC.**

2354-9445

6

DEFENDANT WALMART INC.'S SPECIAL INTERROGATORIES TO PLAINTIFF MONICA BEE, SET ONE

**PROOF OF SERVICE**
*Monica Bee v. Wal-Mart Stores, Inc.*
**Los Angeles Superior Court Case No. 21STCV23228**

I, the undersigned, declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of Los Angeles, California, and my business address is 5901 W. Century Blvd., Suite 1100, Los Angeles, California 90045.

On **August 23, 2021**, I caused to be served the following documents:

**DEFENDANT WALMART INC.'S SPECIAL INTERROGATORIES TO PLAINTIFF MONICA BEE, SET ONE**

[X]   **BY MAIL:**  By placing a copy thereof for delivery in a separate envelope addressed to each addressee, respectively, as follows:

    [X]   **BY FIRST-CLASS MAIL (Code Civ. Proc. §§ 1013(a)-(b))**
    [ ]   **BY OVERNIGHT DELIVERY (Code Civ. Proc. §§ 1013(c)-(d))**
    [ ]   **BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED (Code Civ. Proc. §§ 1013(a)-(b))**

Igor Fradkin, Esq.
DOWNTON L.A. LAW GROUP
601 N. Vermont Ave.
Los Angeles, CA 90004
Tel:   (213) 389-3765
Fax:   (877) 389-2775
Email: Igor@downtownlalaw.com
**Attorneys for Plaintiff**
**MONICA BEE**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **August 23, 2021**, at Los Angeles, California.

_____
Chantha Lieng

2354-9445