**Dr. Shirley N. Weber**
**California Secretary of State**

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Monday, November 1, 2021. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C1634374    WALMART INC.

| | |
|---|---|
| **Registration Date:** | 02/03/1989 |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | **C T CORPORATION SYSTEM (C0168406)** |
| | To find the most current California registered Corporate Agent for Service of Process address and authorized employee(s) information, click the link above and then select the most current 1505 Certificate. |
| **Entity Address:** | 702 SW 8TH STREET BENTONVILLE AR 72716 |
| **Entity Mailing Address:** | 702 SW 8TH STREET BENTONVILLE AR 72716 |

🛒 **Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of February.

| Document Type ⇅ | File Date ⇊ | PDF |
|---|---|---|
| PUBLICLY TRADED DISCLOSURE | 06/16/2021 | |
| SI-COMPLETE | 06/14/2021 | |
| SI-COMPLETE | 09/28/2020 | |
| FILING OFFICE STATEMENT | 09/25/2020 | |
| PUBLICLY TRADED DISCLOSURE | 06/30/2020 | |
| PUBLICLY TRADED DISCLOSURE | 07/05/2019 | |
| PUBLICLY TRADED DISCLOSURE | 07/03/2018 | |
| AMENDED REGISTRATION | 12/14/2017 | |

| Document Type ⇅ | File Date ⬇F | PDF |
|---|---|---|
| PUBLICLY TRADED DISCLOSURE | 07/03/2017 | |
| PUBLICLY TRADED DISCLOSURE | 08/17/2016 | |
| PUBLICLY TRADED DISCLOSURE | 07/16/2015 | |
| PUBLICLY TRADED DISCLOSURE | 07/01/2013 | |
| PUBLICLY TRADED DISCLOSURE | 07/02/2012 | |
| PUBLICLY TRADED DISCLOSURE | 06/28/2011 | |
| PUBLICLY TRADED DISCLOSURE | 06/30/2010 | |
| PUBLICLY TRADED DISCLOSURE | 09/04/2009 | |
| PUBLICLY TRADED DISCLOSURE | 06/30/2008 | |
| PUBLICLY TRADED DISCLOSURE | 06/07/2007 | |
| PUBLICLY TRADED DISCLOSURE | 07/24/2006 | |
| PUBLICLY TRADED DISCLOSURE | 06/29/2005 | |
| PUBLICLY TRADED DISCLOSURE | 06/01/2004 | |
| PUBLICLY TRADED DISCLOSURE | 12/09/2003 | Image unavailable. Please request paper copy. |
| REGISTRATION | 02/03/1989 | |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

**Modify Search**     **New Search**     **Back to Search Results**