Bron E. D'Angelo, Esq., SBN 246819
Michael F. Colbert, Esq., SBN 319539
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
5901 W. Century Blvd., Suite 1100
Los Angeles, CA 90045
Telephone: (310) 649-5772
Facsimile: (310) 649-5777
E-mail: bdangelo@pettitkohn.com
          mcolbert@pettitkohn.com

Attorneys for Defendant
**WALMART INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA BEE, an individual. | CASE NO.: 2:21-cv-08919 |
| Plaintiff, | |
| v. | **DECLARATION OF MICHAEL F. COLBERT, ESQ. IN SUPPORT OF DEFENDANT WALMART STORES, INC.'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332 AND 1441(b) [DIVERSITY]** |
| WALMART INC., a Delaware Corporation; AARON, an individual; and DOES 1-25, inclusive, | |
| Defendants. | |
| | Courtroom: |
| | District Judge: |
| | Magistrate Judge: |
| | Complaint Filed: June 23, 2021 |
| | Trial Date: December 21, 2022 |

I, Michael F. Colbert, Esq. declare:

1. I am an attorney at law duly licensed to practice before all the courts of the State of California. I am an associate with the law firm of Pettit Kohn Ingrassia Lutz & Dolin PC, attorneys of record for Defendant Walmart Inc., a Delaware corporation (hereinafter referred to as "Walmart").

2. I am familiar with the facts and proceedings of this case and if called as a witness, I could and would competently testify to the following facts from my own personal knowledge.

3. Attached to the Notice of Removal as **Exhibit 1** is a true and correct copy of Monica Bee's (hereinafter referred to as "Plaintiff") civil complaint, filed in the Superior Court for the State of California, County of Los Angeles on June 23, 2021.

4. Attached to the Notice of Removal as **Exhibit 2** is a true and correct copy of the state court summons served on Walmart on July 29, 2021.

5. Attached to the Notice of Removal as **Exhibit 3** is a true and correct copy of the state court summons improperly made on "Aaron" via substituted service on July 26, 2021.

6. Attached to the Notice of Removal as **Exhibit 4** is a true and correct copy of Walmart's Special Interrogatories (set one) served on Plaintiff on August 23, 2021.

7. Attached to the Notice of Removal as **Exhibit 5** is a true and correct copy of Plaintiff's verified responses to Walmart's Special Interrogatories (set one) served on October 12, 2021.

8. Attached to the Notice of Removal as **Exhibit 6** is a true and correct copy of Walmart's corporate information obtained from the Secretary of State California Business Search, website address: http://kepler.sos.ca.gov/. Walmart's principal place of business is Bentonville, Arkansas.

9. Walmart is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Arkansas. Attached to the Notice of Removal as **Exhibit 7** is a true and correct copy of Walmart's corporate information obtained from the Arkansas Secretary of State Business & Commercial Services' Business Entity Search, website address: http://www.sos.arkansas.gov/corps/search_corps.php?DETAIL=9122&corp_type_id=&corp_name=Walmart&agent_search=&agent_city=&agent_state=&filing_number=&cmd=.

10. It is respectfully submitted that the diversity of citizenship requirements of 28 U.S.C. § 1332 are hereby satisfied.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct, except as to those matters which are stated upon information and belief, and as to such matters, I am informed and believe that they are true and correct.

Executed this 12th day of November 2021, in Los Angeles, California.

s/ Michael F. Colbert, Esq
Michael F. Colbert, Esq.
Email: mcolbert@pettitkohn.com

# CERTIFICATE OF SERVICE

I hereby certify that the following document(s):

**DECLARATION OF MICHAEL F. COLBERT, ESQ. IN SUPPORT OF DEFENDANT WALMART STORES, INC.'S NOTICE OF REMOVAL OF ACTION**

was/were served on this date to counsel of record:

[ x ]   **BY MAIL:**  By placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address(es) listed below.

[ x ]   **BY E-MAIL DELIVERY:**  Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the above document(s) to the person(s) at the e-mail address(es) listed below.  I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]   **BY ELECTRONIC TRANSMISSION:**  I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system.  The CM/ECF system will send notification of this filing to the person(s) listed below.

Igor Fradkin, Esq.
DOWNTON L.A. LAW GROUP
601 N. Vermont Ave.
Los Angeles, CA 90004
Tel:   (213) 389-3765
Fax:   (877) 389-2775
Email:   Igor@downtownlalaw.com;
  paralegal:
  Esanchez@downtownlalaw.com
**Attorneys for Plaintiff
MONICA BEE**

Executed on **November 12, 2021** at Los Angeles, California.

_Shraddha Friend_
Shraddha Friend