1 | Bron E. D'Angelo, Esq., SBN 246819
  | Michael F. Colbert, Esq., SBN 319539
2 | **PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
  | 5901 W. Century Blvd., Suite 1100
3 | Los Angeles, CA 90045
  | Telephone: (310) 649-5772
4 | Facsimile: (310) 649-5777
  | E-mail: bdangelo@pettitkohn.com
5 |         mcolbert@pettitkohn.com

6 | Attorneys for Defendant
  | **WALMART INC.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| MONICA BEE, an individual. | CASE NO.: 2:21-cv-08919 |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF LODGMENT OF STATE COURT FILE** |
| WALMART INC., a Delaware Corporation; AARON, an individual; and DOES 1-25, inclusive, | Courtroom: |
| | District Judge: |
| | Magistrate Judge: |
| Defendants. | Complaint Filed: June 23, 2021 |
| | Trial Date:      December 21, 2022 |

TO PLAINTIFF AND HER ATTORNEY OF RECORD:

Defendant WALMART INC. hereby lodges with the Court a true and correct copy of the state court file in this matter, Superior Court of California, County of Los Angeles, civil case number Case No. 21STCV23228.

**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

Dated:                By:    s/ Michael F. Colbert
                             Bron E. D'Angelo, Esq.
                             Michael F. Colbert, Esq.
                             Attorneys for Defendant
                             **WALMART INC.**
                             bdangelo@pettitkohn.com
                             mcolbert@pettitkohn.com

# CERTIFICATE OF SERVICE

I hereby certify that the following document(s):

**NOTICE OF LODGMENT OF STATE COURT FILE**

was/were served on this date to counsel of record:

[ x ] **BY MAIL:** By placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address(es) listed below.

[ x ] **BY E-MAIL DELIVERY:** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the above document(s) to the person(s) at the e-mail address(es) listed below. I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of this filing to the person(s) listed below.

Igor Fradkin, Esq.
DOWNTON L.A. LAW GROUP
601 N. Vermont Ave.
Los Angeles, CA 90004
Tel:   (213) 389-3765
Fax:   (877) 389-2775
Email:        Igor@downtownlalaw.com;
          paralegal: is
          Esanchez@downtownlalaw.com
**Attorneys for Plaintiff
MONICA BEE**

Executed on **November 12, 2021** at Los Angeles, California.

*Shraddha Friend*

Shraddha Friend