| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Spring Street Courthouse<br>312 North Spring Street, Los Angeles, CA 90012 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>07/06/2021<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: _____ A. Munoz _____ Deputy |
| PLAINTIFF/PETITIONER:<br>MONICA BEE, AN INDIVIDUAL | |
| DEFENDANT/RESPONDENT:<br>WALMART, INC., A DELAWARE CORPORATION et al | |

| **CERTIFICATE OF MAILING** | CASE NUMBER:<br>21STCV23228 |
|---|---|

**I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the PI General Order, Standing Order re PI Procedures and Hearing Dates  upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.**

IGOR  FRADKIN
DOWNTOWN LA LAW GROUP
601 N. VERMONT AVE.
LOS ANGELES, CA  90004

Sherri R. Carter, Executive Officer / Clerk of Court

Dated: 07/6/2021

By: ___A. Munoz_____
        Deputy Clerk

**CERTIFICATE OF MAILING**