Electronically FILED by Superior Court of California, County of Los Angeles on 07/29/2021 03:42 PM Sherri R. Carter, Executive Officer/Clerk of Court, by S. Yong-Tim, Deputy Clerk
Case 2:21-cv-08919-FWS-MAR   Document 1-16   Filed 11/12/21   Page 1 of 1   Page ID #:73

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Daniel Azizi, Esq. | SBN: 268995<br>DOWNTOWN LA LAW GROUP<br>601 N. Vermont Ave. Los Angeles, CA 90004 | |
| TELEPHONE NO.: (213) 389-3765 | FAX NO. (877) 389-2775 | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff | |

**LOS ANGELES COUNTY SUPERIOR COURT**
STREET ADDRESS: 111 NORTH HILL ST.
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: CENTRAL DISTRICT

PLAINTIFF: Monica Bee

DEFENDANT: Walmart, Inc., et al.

| PROOF OF SERVICE OF SUMMONS | CASE NUMBER: 21STCV23228 Dept: 29 |
|---|---|
| | Ref. No. or File No.: Monica Bee |

*(Separate proof of service is required for each party served.)*

**BY FAX**

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents)*: **Addendum,Notice of Case Assignment,First Amended Standing Order,Third Amended Standing Order RE:FSC,Fifth Amended Standing Order,Stipulation Packet,Certificate of Mailing,Standing Order,Statement of Damages;Order Pursuant to CCP 1054(a)**

3. a. Party served *(specify name of party as shown on documents served)*:
   **Walmart, Inc., a Delaware corporation**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **John Montijo - Authorized to Accept Service**

4. Address where the party was served: **330 N Brand Blvd**
   **Glendale, CA 91203-2308**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **7/23/2021** (2) at *(time)*: **12:35 PM**
   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>**POS010-1/CW398349** |