**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Igor Fradkin, Esq. \| SBN: 299491<br>DOWNTOWN LA LAW GROUP<br>601 N. Vermont Ave.  Los Angeles, CA 90004 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (213) 389-3765 \| FAX NO. (877) 389-2775 \| E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff: | |

**LOS ANGELES COUNTY SUPERIOR COURT**
STREET ADDRESS: 111 NORTH HILL ST.
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: CENTRAL DISTRICT

PLAINTIFF: Monica Bee

DEFENDANT: Walmart, Inc., et al.

CASE NUMBER: 21STCV23228 Dept: 29

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: Monica Bee

*(Separate proof of service is required for each party served.)*

**BY FAX**

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents)*: Addendum, Notice of Case Assignment, First Amended Standing Order, Third Amended Standing Order RE:FSC, Fifth Amended Standing Order, Stipulation Packet, Certificate of Mailing, Standing Order, Statement of Damages
3. a. Party served *(specify name of party as shown on documents served)*:
   **Aaron, an individual**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: **2100 N Long Beach Blvd<br>Compton, CA 90221-1209**

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:   (2) at *(time)*:

   b. ☑ **by substituted service.** On *(date)*: **7/26/2021** at *(time)*: **2:18 PM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
   **"John Doe" - Refused Name/Supervisor**

   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date)*: **7/26/2021** from *(city)*: **Los Angeles**   **or** ☐ a declaration of mailing is attached.

   (5) ☑ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
**POS010-1/CW398350**