Electronically FILED by Superior Court of California, County of Los Angeles on 08/20/2021 02:28 PM Sherri R. Carter, Executive Officer/Clerk of Court, by X. Soto,Deputy Clerk

1  Bron E. D'Angelo, Esq., SBN 246819
   Michael F. Colbert, Esq., SBN 319539
2  **PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
   5901 W. Century Blvd., Suite 1100
3  Los Angeles, CA 90045
   Telephone: (310) 649-5772
4  Facsimile: (310) 649-5777
   E-mail: bdangelo@pettitkohn.com
5          mcolbert@pettitkohn.com

6  Attorneys for Defendant
   **WALMART INC.**
7

8              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                  **FOR THE COUNTY OF LOS ANGELES**

10

| | |
|---|---|
| 11  MONICA BEE, an individual. | CASE NO.:  21STCV23228 |
| 12          Plaintiff, | |
| 13  v. | **DEFENDANT WALMART INC.'S DEMAND FOR JURY TRIAL** |
| 14  WALMART INC., a Delaware Corporation; AARON, an individual; and DOES 1-25, | |
| 15  inclusive, | Dept.: 29<br>Judge: Murillo, Serena R.<br>Filed:  June 23, 2021 |
| 16          Defendants. | Trial:  December 21, 2022 |

17

18  TO THE ABOVE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

19      Defendant WALMART INC. hereby demands a trial by jury in the above-titled matter.

20

21                          **PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

22

23  Dated:  August 20, 2021          By: _____

24                                       Bron E. D'Angelo, Esq.
                                         Michael F. Colbert, Esq.
                                         Attorneys for Defendant
25                                       **WALMART INC.**

26

27

28

2354-9445

**PROOF OF SERVICE**
*Monica Bee v. Wal-Mart Stores, Inc.*
**Los Angeles Superior Court Case No. 21STCV23228**

I, the undersigned, declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of Los Angeles, California, and my business address is 5901 W. Century Blvd., Suite 1100, Los Angeles, California 90045.

On **August 20, 2021**, I caused to be served the following documents:

**DEFENDANT WALMART INC.'S DEMAND FOR JURY TRIAL**

[X]    **BY MAIL:** By placing a copy thereof for delivery in a separate envelope addressed to each addressee, respectively, as follows:

        [X]    **BY FIRST-CLASS MAIL (Code Civ. Proc. §§ 1013(a)-(b))**
        [ ]    **BY OVERNIGHT DELIVERY (Code Civ. Proc. §§ 1013(c)-(d))**
        [ ]    **BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED (Code Civ. Proc. §§ 1013(a)-(b))**

Igor Fradkin, Esq.
DOWNTON L.A. LAW GROUP
601 N. Vermont Ave.
Los Angeles, CA 90004
Tel:    (213) 389-3765
Fax:    (877) 389-2775
Email: Igor@downtownlalaw.com
**Attorneys for Plaintiff**
**MONICA BEE**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **August 20, 2021**, at Los Angeles, California.

_____
Chantha Lieng

2354-9445

2
DEFENDANT WALMART INC.'S DEMAND FOR JURY TRIAL