UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA BEE, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>WALMART, INC., a Delaware corporation; AARON, an individual; and DOES 1-25, inclusive,<br><br>　　　　　　　Defendants. | Case No.  2:21-cv-08919 RGK(MARx)<br><br>**[proposed] ORDER**<br><br>Date:   May 25, 2023<br>Time:  10:00 am<br>Judge: Hon. Fred W. Slaughter<br>Courtroom: 10D<br>: |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

This matter came on hearing on May 25, 2023, at 10:00 a.m. in the Department 10D of the United States District Court, Central District of California consider Plaintiff's Motion for Reconsideration.

1

**[proposed] ORDER**

The Court having duly considered all papers submitted by plaintiff, any opposition raised by interested parties, relevant statutory and case law, hereby makes the following Order:

1. Upon reconsideration, the Court finds a dispute of material fact sufficient to defeat summary judgment. In particular, the Plaintiff presented additional deposition testimony of Gisele Ornelas that was not presented in the original motion demonstrates there is a material fact in dispute as to whether or not a Walmart employee admitted to seeing the spill and not cleaning it up immediately.

2. As such, the Court's prior order granting summary judgment is vacated and an order denying summary judgment is entered in its place.

**IT IS SO ORDERED.**

DATED: _____, 2023

_____
**Hon.**
United States District Court Judge.

## CERTIFICATE OF SERVICE

I hereby certify that the following documents(s): **[proposed] ORDER** was/were served on this date to counsel of record:

[ ]  **BY MAIL**: By lacing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address(es) listed below.

[X]  **BY E-MAIL DELIVER**: Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the above document(s) to the person(s) at the e-mail address(es) listed below.  I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[X]**  **BY ELECTRONIC TRANSMISSION**: I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of this filing to the person(s) listed below.

Andrew O. Smith, Esq., SBN 246819
Michael F. Colbert, Esq., SBN 319539
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
5901 W. Century Blvd., Suite 1100
Los Angeles, CA 90045
Telephone: (310) 649-5772
Facsimile: (310) 649-5777
E-mail: aosmith@pettitkohn.com  &  mcolbert@pettitkohn.com

*Attorneys for Defendant* WALMART INC.

Executed on April 21, 2023, at Los Angeles, California.

_Elizabeth Sanchez_ (signature)
Elizabeth Sanchez

**[proposed] ORDER**