# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MONICA BEE,

              Plaintiff,

  v.

WALMART INC., et al.,

              Defendants.

Case No. 2:21-cv-08919-FWS-MAR

**JUDGMENT**

///

///

///

The court held oral argument on the Motion for Summary Judgment ("Motion") filed by Defendant Walmart Inc. ("Defendant") on February 2, 2023, and thereafter took the Motion under submission. (Dkts. 34, 46.) After full consideration of the papers, evidence, oral argument, and authorities submitted by the parties, as well as the briefs and any other relevant information in the court's files and/or filed with the court in connection with the Motion, the court issued an order **GRANTING** summary judgment for Defendant on each of Plaintiff Monica Bee's ("Plaintiff") claims for negligence and premises liability. (Dkt. 77.) Accordingly, the court finds that Defendant is entitled to judgment as a matter of law on all causes of action and claims asserted against it in this action. The court has considered Defendant's Proposed Judgment (Dkt. 78) and has not received any objections by Plaintiff to Defendant's Proposed Judgment. (*See generally* Dkt.) In accordance with the court's summary judgment Order (Dkt. 77):

1. Final Judgment is entered in favor of Defendant and against Plaintiff on all claims asserted by Plaintiff against Defendant.

2. Any motion or application for costs made by Defendant must be filed in compliance with L. R. 54-2, *et seq*.

**IT IS SO ORDERED.**

DATED: June 22, 2023

Honorable Fred W. Slaughter
UNITED STATES DISTRICT JUDGE